IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SHELLIE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  14-CV-00549-JHP |
| ) | |
| (2) CSAA FIRE & CASUALTY ) | |
| INSURANCE COMPANY f/k/a AAA ) | |
| FIRE & CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

**COMES NOW** Shellie Moore, by and through attorney of record, Larry Bache, and Gregory D. Nellis, attorney of record for Defendant, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice

   /s/ Larry Bache
(signed by filing attorney with permission of Plaintiff attorney)
Larry Bache, Esq.
Merlin Law Group
777 S. Harbour Blvd, 9th Floor
Tampa, FL  33602
ATTORNEYS FOR PLAINTIFF

/s/ Gregory D. Nellis
Gregory D. Nellis, OBA #6609
Atkinson, Haskins, Nellis, Brittingham,
   Gladd & Fiasco
525 S. Main, Suite 1500
Tulsa, OK 74103
T: (918) 582-8877   F: (918) 585-8096
Email: gnellis@ahn-law.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2015, the above and foregoing document was transmitted to the Clerk for the United States District Court for the Eastern District of Oklahoma using the ECF System for filing and transmittal to the following ECF registrants:

J. Drew Houghton
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK  73189

Larry Bache, Esq.
Merlin Law Group
777 S. Harbour Blvd, 9th Floor
Tampa, FL  33602

Phillip N. Sanov, Esq.
Three Riverway, Suite 701
Houston, TX  77056
*Attorneys for Plaintiff*

   /s/ Gregory D. Nellis

S:\Files\311\16\Stip-Dismiss-mac.wpd